This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-40516**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**YUSUF ABUGHUWALEH,**

Defendant-Appellant.

**APPEAL FROM THE METROPOLITAN COURT OF BERNALILLO COUNTY**
**Joshua J. Sanchez, Metropolitan Court Judge**

Raúl Torrez, Attorney General
Lindsay Stuart, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}** Defendant appeals his conviction for driving while under the influence of intoxicating liquor or drugs (DWI). [CN 1] In our notice of proposed disposition, we proposed to reverse Defendant's convictions because Defendant's conviction was pursued under the incorrect subsection of NMSA 1978, Section 66-8-102 (2016). [CN 4] The State has responded to this Court's notice of proposed disposition, stating that it will not file a memorandum in opposition. [Rsp. 1] Accordingly, for the reasons stated in our notice of proposed disposition and herein, we reverse Defendant's conviction and remand this case to the district court for further proceedings.

**{2}** IT IS SO ORDERED.

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**JANE B. YOHALEM, Judge**